**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE ANDERSON, | |
| Plaintiff, | No. C 13-02709 JSW |
| v. | |
| DEPUTY ORTHOPAEDICS, INC., | **ORDER CONTINUING HEARING** |
| Defendant. | |

Now before the Court are: (1) the motion to stay pending transfer to the Multidistrict Litigation ("MDL") No. 2244, *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, in the United States District Court for the Northern District of Texas, filed by Defendants DePuy Orthopaedics, Inc., DePuy Inc., Johnson & Johnson Services, Inc., and Johnson & Johnson and (2) the motion to remand filed by Wallace Anderson.

The Court HEREBY CONTINUES the hearings on the motions from August 9, 2013 to November 15, 2013 at 9:00 a.m. If the Court finds either of the motions suitable for disposition without oral argument, it will notify the parties in advance of the new hearing date.

**IT IS SO ORDERED.**

Dated: August 5, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE