UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION

| | | |
|---|---|---|
| Anderson v. DePuy Orthopaedics, Inc., et al, | ) | |
| N.D. California, C.A. No. 3:13–02709 | ) | MDL No. 2244 |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action *(Anderson)* on July 2, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-142" filed on July 2, 2013, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Texas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James Edgar Kinkeade.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Certified a true and correct copy
of a document on file with JPML

By s/ PAIGE LESSOR
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS
July 31, 2013